UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA – TAMPA DIVISION

CASE NO. 8:15-bk-12441-MGW
CHAPTER 7

IN RE:

Adam Joseph May,

      **Debtor**

_____/

## U.S. BANK NATIONAL ASSOCIATION'S CONSENT TO TRUSTEE'S MOTION TO SELL REAL PROPERTY FREE AND CLEAR OR LIENS, ENCUMBRANCES AND INTERESTS WITH CONSENT OF ALL LIENHOLDERS
*(15921 SHAWVER LAKE DR, LUTZ, FLORIDA 33549)*

**COMES NOW,** U.S. Bank National Association, as Indenture Trustee for HomeBanc Mortgage Trust 2005-3, Mortgage Backed Notes, Series 2005-3, a secured creditor in the abovementioned case, by and through its undersigned counsel, hereby files its consent to the entry of an order granting Trustee's Motion to Sell Real Property Free and Clear of Liens, Encumbrances and Interests with Consent of all Lienholders [DE # 28].

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was delivered to the addressees on the attached mailing list by First Class U. S. Mail postage pre-paid and/or by Electronic Filing this 30th day of January, 2017.

Respectfully Submitted,

Kahane & Associates, P.A.
8201 Peters Road, Suite 3000
Plantation, Florida 33324
Telephone: (954) 382-3486
Telefacsimile: (954) 382-5380

By: _____
☐ Marc G. Granger, Esq., Fla. Bar No.: 146870
☐ Gregg S. Ahrens, Esq., Fla. Bar No.: 352837
☒ Taji Foreman, Esq., Fla. Bar No.: 58606

## Mailing List

Adam Joseph May
22450 Stillwood Drive
Land O Lakes, FL 34639

The Thorpe Law Firm, P.A.
David Thorpe, Esq.
Attorney for Debtor(s)
7819 N. Dale Mabry Highway, Suite 108
Tampa Florida 33614

Carolyn R. Chaney, Trustee
P.O. Box 530248
St. Petersburg, Florida 33747-

US Trustee
United States Trustee-TPA7
Timberlake Annex, Suite 1200
501 East Polk Street
Tampa, Florida  33602